PETER GREINER, PROSECUTOR, v. THE TOWNSHIP OF WOODBRIDGE, IN THE COUNTY OF MIDDLESEX, ET AL., DEFENDANTS.

Argued on brief submitted December 2, 1924—Decided January 29, 1925.

**Land—Dedication for Park Purposes—Fact of Dedication Disputed—Testimony Ordered to be Taken.**

On application for writ of *certiorari*.

Before Justices KALISCH, BLACK and CAMPBELL.

For the application, *Bernard W. Vogel* and *Ephraim Cutter*.

For the defendants, *J. H. Thayer Martin*.

PER CURIAM.

The affidavits presented on behalf of the prosecutor disclose facts which are disputed by defendants, and which facts involve the determination of the * * * the question whether there was a dedication, as claimed by the prosecutor, for park purposes, and an acceptance by the township. Testimony must be taken in regard thereto. The writ is allowed with leave to take depositions.